UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM PRINDIBLE, | No. 2:13-CV-02256-KJM-EFB |
| Plaintiff, | |
| v. | ORDER |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al., | |
| Defendants. | |

   As provided by Federal Rule of Civil Procedure 15(a)(2), the court approves the parties' stipulation that plaintiff's Complaint be amended to eliminate plaintiff's fifth claim (for wrongful termination in violation of public policy); eighth claim (for breach of implied contract); ninth claim (for breach of implied covenant of good faith and fair dealing); and plaintiff's prayer for punitive damages, with each side to bear his/its own fees and costs.

   As provided by Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the court approves the parties' stipulation that all claims against defendant Jeremiah Maher be, and hereby are, dismissed with prejudice, with each side to bear his/its own fees and costs.

   IT IS SO ORDERED.

DATED: November 22, 2013.

                UNITED STATES DISTRICT JUDGE

1