UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM PRINDIBLE,<br><br>            Plaintiff,<br><br>     v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,<br><br>            Defendants. | No. 2:13-cv-2256-KJM-EFB<br><br>AMENDED ORDER RE SETTLEMENT & DISPOSITION |

Pursuant to the representations of counsel for the parties at a settlement conference conducted in chambers on October 2, 2014, the above-captioned case has settled.

The court now orders that dispositional documents are to be filed not later than January 20, 2015.

All hearing dates heretofore set in this matter are VACATED and all pending motions are denied as moot.

/////

/////

/////

1  FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE
2  IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO
3  CONTRIBUTED TO THE VIOLATION OF THIS ORDER.
4  IT IS SO ORDERED.
5  DATED: October 7, 2014.

       _____
       EDMUND F. BRENNAN
       UNITED STATES MAGISTRATE JUDGE